# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Feldman, Jonathan W. | Western District of New York | 06/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

233 United States Courthouse
100 State Street
Rochester, NY 14614

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Jewish Senior Life |
| 2. | Adjunct Professor | Cornell Law School |
| 3. | POA | POA #1 |
| 4. | POA | POA #2 |
| 5. | Trustee | Trust #1 |
| 6. | Trustee | Trust #2 |
| 7. | Executor | Estate #1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 06/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Cornell Law School, Salary | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Brighton Central School District, Salary/Consultant |
| 2. | 2017 | State of NY (Defined Benefit Pension Plan) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | Feb. 17-19, 2017 | Ithaca, NY | Judge Moot Court Competition | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 06/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Josephine M. Infantino | Painting | $4,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA | A | Interest | L | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 3. MERRILL EDGE MONEY MARKET (CASH ACCOUNT) | A | Interest | J | T | | | | | |
| 4. ALPHABET INC SH CL C (GOOG) | | None | K | T | | | | | |
| 5. ALPHABET INC SH CL A (GOOGL) | | None | J | T | | | | | |
| 6. POWERSHARES QQQ TRUST SE (QQQ) | A | Dividend | K | T | Buy (add'l) | 03/20/17 | J | | |
| 7. IEC ELECTRS. CORP. NEW (IEC) | | None | K | T | Sold (part) | 07/31/17 | J | C | |
| 8. PAYPAL (PYPL) | | None | J | T | | | | | |
| 9. AMERICAN CENTURY EQUITY INCOME FUND INV CL (TWEIX) | B | Dividend | K | T | | | | | |
| 10. HARBOR INTERNATIONAL MUTUAL FUND (HAINX) | A | Dividend | K | T | | | | | |
| 11. T ROWE PRICE EMERGING MARKETS STOCK FUND | A | Dividend | J | T | Buy | 05/19/17 | J | | |
| 12. VANGUARD TOTAL STOCK MKT ETF (VTI) | B | Dividend | L | T | Buy (add'l) | 03/20/17 | J | | |
| 13. VANGUARD DIVIDEND APPRECIATION ETF (VIG) | A | Dividend | J | T | | | | | |
| 14. VANGUARD HIGH DVD YIELD ETF (VYM) | A | Dividend | K | T | | | | | |
| 15. VANGUARD HEALTH CARE FUND INV CL (VGHCX) | A | Dividend | J | T | | | | | |
| 16. VANGUARD FTSE DEVELOPED MARKET ETF (VEA) | A | Dividend | K | T | Buy (add'l) | 05/19/17 | J | | |
| 17. VANGUARD NY LONG TERM TAX EXEMPT (VNYTX) | B | Dividend | K | T | Buy (add'l) | 03/03/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/02/17 | L | | |
| 19. VANGUARD WELLESLEY (VWINX) | A | Dividend | J | T | | | | | |
| 20. IRA #1 (H) | | | | | | | | | |
| 21. BANK OF AMERICA (CASH) (Y) | | | | | | | | | |
| 22. FIRST EAGLE OVERSEAS CL I (SGOIX) | A | Dividend | K | T | | | | | |
| 23. OPPENHEIMER DEVELOPING MARKETS (ODMAX) | A | Dividend | J | T | | | | | |
| 24. POWERSHARES EM SOVEREIGN BOND (PCY) | A | Dividend | J | T | | | | | |
| 25. T. ROWE PRICE EMERGING MARKETS STOCK FD RETAIL (PRMSX) | A | Dividend | J | T | Buy (add'l) | 05/15/17 | J | | |
| 26. VANGUARD REIT ETF (VNQ) | A | Dividend | J | T | | | | | |
| 27. VANGUARD TOTAL INTL BOND ETF (BNDX) | A | Dividend | K | T | | | | | |
| 28. IRA #2 (H) | | | | | | | | | |
| 29. OPPENHEIMER DEVELOPING MARKETS FDCL (ODMAX) | A | Dividend | J | T | | | | | |
| 30. VANGUARD WELLESLEY INCOME FUND CL INV (VWINX) | A | Dividend | K | T | | | | | |
| 31. VANGUARD BALANCED INDEX FUND INV CL (VBINX) | A | Dividend | K | T | | | | | |
| 32. VANGUARD REIT ETF (VNQ) | A | Dividend | J | T | | | | | |
| 33. IRA#3 (H) | | | | | | | | | |
| 34. COLUMBIA ACORN INTERNATIONAL CL Z (X) | | None | | | Sold | 08/17/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DOUBLELINE TOTAL RETURN BOND FD CL I (X) | | None | | | Sold | 08/17/17 | J | | |
| 36. TRUST #1 (H) (non-exempt) | | | | | | | | | |
| 37. PNC GOV'T MONEY MARKET (CASH) (X) | A | Interest | O | T | | | | | |
| 38. GOVERNMENT NATL MTG ASSN POOL #593248 (36201UBR4) (X) | | None | | | Sold | 10/06/17 | J | | |
| 39. PNC GOVERNMENT MRTG FD (PTGIX) (X) | A | Dividend | J | T | Sold (part) | 09/29/17 | J | | |
| 40. TEMPLETON GLOBAL BOND FUND AD (TGBAX) (X) | A | Dividend | J | T | Sold (part) | 09/29/17 | J | | |
| 41. VANGUARD FUNDS INTER-TERM (VWIUX) (X) | A | Dividend | J | T | Sold (part) | 09/29/17 | M | A | |
| 42. ABBOTT LABORATORIES INC (ABT) (X) | | None | | | Sold | 06/14/17 | J | A | |
| 43. ABBVIE INC (ABBV) (X) | | None | | | Sold | 06/14/17 | J | A | |
| 44. AMGEN INC (AMGN) (X) | | None | | | Sold | 06/14/17 | J | A | |
| 45. BRISTOL MYERS SQUIBB CO (BMY) (X) | | None | | | Sold | 06/14/17 | J | | |
| 46. COCA COLA CO (KO) (X) | | None | | | Sold | 06/14/17 | J | A | |
| 47. COLGATE-PALMOLIVE CO (CL) (X) | | None | | | Sold | 06/14/17 | J | A | |
| 48. DUPONT E I DE NEMOURS & CO (DD) (X) | | None | | | Sold | 06/14/17 | K | A | |
| 49. DUKE ENERGY HOLDING CORP (DUK) (X) | | None | | | Sold | 06/15/17 | J | A | |
| 50. EXXON MOBIL CORP (XOM) (X) | | None | | | Sold | 06/15/17 | J | | |
| 51. HOME DEPOT INC (HD) (X) | | None | | | Sold | 06/15/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HONEYWELL INTL INC (HON) (X) | | None | | | Sold | 06/15/17 | K | A | |
| 53. INTERNATIONAL BUSINESS MACHS (IBM) (X) | | None | | | Sold | 06/14/17 | J | A | |
| 54. JPMORGAN CHASE & CO (JPM) (X) | | None | | | Sold | 06/15/17 | K | | |
| 55. KIMBERLY-CLARK CORP (KMB) (X) | | None | | | Sold | 06/15/17 | J | A | |
| 56. MICROSOFT CORP (X) | | None | | | Sold | 06/15/17 | K | A | |
| 57. NORTHROP GRUMMAN CORPORATION (NOC) (X) | | None | | | Sold | 06/15/17 | K | B | |
| 58. PROCTER & GAMBLE CO (PG) (X) | | None | | | Sold | 06/15/17 | J | A | |
| 59. QUALCOMM (QCOM) (X) | | None | | | Sold | 06/15/17 | J | A | |
| 60. SCHLUMBERGER LTD (SLB) (X) | | None | | | Sold | 06/15/17 | J | | |
| 61. WELLS FARGO & COMPANY (WFC) (X) | | None | | | Sold | 06/15/17 | J | A | |
| 62. ISHARES MSCI EAFE ETF (EFA) (X) | | None | | | Sold | 06/15/17 | K | A | |
| 63. ISHARES RUSSELL MID-CAP (IWR) (X) | | None | | | Sold | 06/15/17 | K | | |
| 64. ISHARES RUSSELL 2000 (IWM) (X) | | None | | | Sold (part) | 06/14/17 | J | A | |
| 65. | | | | | Sold | 06/15/17 | J | A | |
| 66. ISHARES TIPS BOND ETF (TIP) | A | Dividend | | | Buy | 06/14/17 | J | | |
| 67. | | | | | Sold | 09/29/17 | J | | |
| 68. VANGUARD CONSUMER DISCRETIONARY (VCR) (X) | | None | | | Sold (part) | 06/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 06/15/17 | K | A | |
| 70. TRUST #2 (H) | | | | | | | | | |
| 71. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 72. | | | | | Distributed (part) | 12/26/17 | J | | |
| 73. POWERSHARES TAXABLE MUNICIPAL BOND | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 74. DODGE & COX INCOME FUND (DODIX) (X) | A | Dividend | K | T | Buy (add'l) | 06/14/17 | J | | |
| 75. | | | | | Distributed (part) | 12/26/17 | J | | |
| 76. METROPOLITAN WEST UNCONSTRAINED BOND | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 77. T ROWE PRICE HIGH YIELD (PRHYX) (X) | A | Dividend | J | T | | | | | |
| 78. TEMPLETON GLOBAL BOND FUND AD (TGBAX) (X) | A | Dividend | J | T | | | | | |
| 79. VANGUARD FUNDS INTER-TERM (VWIUX) (X) | A | Dividend | J | T | | | | | |
| 80. VIRTUS SEIX FLOATING RATE HIGH INCOME (X) | A | Dividend | J | T | | | | | |
| 81. MEDTRONIC PLC (MDT) (X) | | None | | | Sold | 06/14/17 | J | B | |
| 82. ABBOTT LABORATORIES INC (ABT) (X) | | None | J | T | | | | | |
| 83. ABBVIE INC (ABBV) (X) | | None | J | T | Distributed (part) | 12/26/17 | J | | |
| 84. AMERICAN EXPRESS CO (AXP) (X) | | None | | | Sold | 06/14/17 | J | C | |
| 85. AMGEN INC (AMGN) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AUTOMATIC DATA PROCESSING INC (ADP) (X) | | None | J | T | Distributed (part) | 12/26/17 | J | | |
| 87. BRISTOL MYERS SQUIBB CO (BMY) (X) | | None | J | T | Distributed (part) | 12/26/17 | J | | |
| 88. CDK GLOBAL INC (X) | | None | | | Sold | 06/14/17 | J | | |
| 89. COCA COLA CO (KO) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |
| 90. DOWDUPONT INC (DWDP) (X) | A | Dividend | | | Distributed | 12/26/17 | J | | |
| 91. DUKE ENERGY HOLDING CORP (DUK) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |
| 92. EXXON MOBIL CORP (XOM) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |
| 93. GENERAL ELECTRIC CO (GE) (X) | | None | | | Sold (part) | 06/14/17 | J | | |
| 94. | | | | | Sold | 07/24/17 | J | | |
| 95. HOME DEPOT INC (HD) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |
| 96. HONEYWELL INTL INC (HON) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |
| 97. INTERNATIONAL BUSINESS MACHS (IBM) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |
| 98. JPMORGAN CHASE & CO (JPM) (X) | | None | J | T | Distributed (part) | 12/26/17 | J | | |
| 99. KIMBERLY-CLARK CORP (KMB) (X) | | None | J | T | Distributed (part) | 12/26/17 | J | | |
| 100. MICROSOFT CORP (MSFT) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |
| 101. PROCTER & GAMBLE CO (PG) (X) | | None | J | T | Distributed (part) | 12/26/17 | J | | |
| 102. QUALCOMM (QCOM) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SCHLUMBERGER LTD (SLB) (X) | | None | J | T | Distributed (part) | 12/26/17 | J | | |
| 104. WELLS FARGO & COMPANY (WFC) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |
| 105. ISHARES MSCI EMERGING MARKETS (EEM) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |
| 106. ISHARES MSCI EAFE ETF (EFA) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |
| 107. ISHARES RUSSELL MID-CAP (IWR) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |
| 108. ISHARES RUSSELL 2000 (IWM) (X) | A | Dividend | J | T | Sold (part) | 06/14/17 | J | B | |
| 109. | | | | | Distributed (part) | 12/26/17 | J | | |
| 110. VANGUARD CONSUMER DISCRETIONARY (VCR) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |
| 111. MAINSTAY EPOCH GLOBAL EQUITY (EPSYX) (X) | A | Dividend | J | T | Distributed (part) | 12/26/17 | J | | |
| 112. TRUST #3 (H) | | | | | | | | | |
| 113. FEDERATED GOVERNMENT OBLIGATIONS FUND - PRM (X) (Y) | | | | | | | | | |
| 114. FFCB (cash accounts) (X) (Y) | | | | | | | | | |
| 115. AT&T INC (X) (Y) | | | | | | | | | |
| 116. APPLE INC (X) (Y) | | | | | | | | | |
| 117. AUTOMATIC DATA PROCESSING (X) (Y) | | | | | | | | | |
| 118. DOMINION ENERGY INC (X) (Y) | | | | | | | | | |
| 119. DOWDUPONT INC (X) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. DUKE ENERGY CORP (X) (Y) | | | | | | | | | |
| 121. EMERSON ELECTRIC CO (X) (Y) | | | | | | | | | |
| 122. ENBRIDGE INC 290 (X) (Y) | | | | | | | | | |
| 123. EXXON MOBIL CORP (X) (Y) | | | | | | | | | |
| 124. GENUINE PARTS CO (X) (Y) | | | | | | | | | |
| 125. HONEYWELL INTERNATIONAL INC (X) (Y) | | | | | | | | | |
| 126. ILLINOIS TOOL WORKS (X) (Y) | | | | | | | | | |
| 127. IBM CORP (X) (Y) | | | | | | | | | |
| 128. JP MORGAN CHAS & CO (X) (Y) | | | | | | | | | |
| 129. JOHNSON & JOHNSON (X) (Y) | | | | | | | | | |
| 130. KIMBERLY-CLARK CORP (X) (Y) | | | | | | | | | |
| 131. ELI LILLY & CO W/1 RT/SH (X) (Y) | | | | | | | | | |
| 132. MCDONALDS CORP (X) (Y) | | | | | | | | | |
| 133. MERCK & CO INC (X) (Y) | | | | | | | | | |
| 134. PEPSICO INC (X) (Y) | | | | | | | | | |
| 135. PFIZER INC (X) (Y) | | | | | | | | | |
| 136. SOUTHERN CO (X) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. SYSCO CORP (X) (Y) | | | | | | | | | |
| 138. TRAVELERS COS INC (X) (Y) | | | | | | | | | |
| 139. U S BANCORP (X) (Y) | | | | | | | | | |
| 140. UNITED TECHNOLOGIES CORP (X) (Y) | | | | | | | | | |
| 141. FEDERATED INSTITUTIONAL HIGH YIELD BOND FUND (X) (Y) | | | | | | | | | |
| 142. FEDERATED SHORT TERM INCOME FUND - CLASS Y(X) (Y) | | | | | | | | | |
| 143. FEDERATED TOTAL RETURN BOND FUND (X) (Y) | | | | | | | | | |
| 144. ISHARES RUSSELL MID-CAP ETF (X) (Y) | | | | | | | | | |
| 145. FRANKLIN TEMPLETON GLOBAL BOND FUND - ADVISOR CLASS (X) (Y) | | | | | | | | | |
| 146. VANGUARD INFLATION PROTECTED SECURITIES FUND - ADMIRAL SHARES (X) (Y) | | | | | | | | | |
| 147. VANGUARD INTERMEDIATE TERM INVESTMENT GRADE FUND - ADMIRAL(X) (Y) | | | | | | | | | |
| 148. VANGUARD INTERMEDIATE TERM GOVERNMENT BOND INDEX ADMIRAL (X) (Y) | | | | | | | | | |
| 149. VANGUARD REIT FUND (X) (Y) | | | | | | | | | |
| 150. WISDOMTREE INTERNATIONAL LARGECAP DIVIDEND FUND (X) (Y) | | | | | | | | | |
| 151. TRUST #4 (H) | | | | | | | | | |
| 152. ISHARES CORE S&P TOTAL US STOCK MARKET ETF | A | Dividend | J | T | Buy | 09/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 06/07/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. TRUST #5 (H) | | | | | | | | | |
| 154. ISHARES CORE S&P TOTAL US STOCK MARKET ETF | A | Dividend | J | T | Buy | 09/06/17 | J | | |
| 155. ESTATE #1 (H) | | | | | | | | | |
| 156. COLUMBIA ACORN INTERNATIONAL CL Z (X) | | None | | | Sold | 06/30/17 | J | | |
| 157. VANGUARD EQUITY INCOME INVESTOR CL (X) | | None | | | Sold | 06/30/17 | K | | |
| 158. VANGUARD GNMA INVESTOR CL (X) | | None | | | Sold | 06/30/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 06/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV: Cornell Law School also reimbursed me for mileage between Rochester, NY and Ithaca, NY on August 24 and 31, September 7, 14, 21, and 28, October 5, 19, and 26, and November 2, 9, and 30, 2017, related to my teaching activities. The amounts in question are below the reporting threshold, but they are noted because they are from the same source as the reportable reimbursement identified on line 1.

All reportable assets from Trust #1, Trust #2, and Estate #1 are listed in Part VII.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jonathan W. Feldman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544